**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **FATHERS & DAUGHTERS** | ) | |
| **NEVADA, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cv-10910-LVP-MKM |
| | ) | |
| v. | ) | Hon. Judge Linda V. Parker |
| | ) | |
| | ) | Magistrate Judge Mona K. Majzoub |
| **DOES 1-11**, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**
**DOE 8 – IP ADDRESS 68.40.84.53**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice defendant Doe 8 associated with IP Address 68.40.84.53 identified in Exhibit 1-2 of the complaint.

All costs of filing and service have been paid.

No answer or motion has been served upon plaintiff by the defendant as of the date of this notice.

A copy of this notice has been provided to the defendant/defendant's attorney by electronic (e-mail) service.


Date: April 30, 2016

By:  /s/ Barry C. Kane
KANE & CO., PLC
29 Pearl St. N.W.
410 Federal Square Building
Grand Rapids, MI 49503
(616) 726-5905
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Barry C. Kane, being of majority age, certify that I sent via e-mail a copy of the attached notice of dismissal to Attorney Joshua Fink, Fink & Fink PLLC, 320 N Main St., Suite 300, Ann Arbor, MI 48104-1127, e-mail address of joshua.fink@finkandfink.com, and counsel for Doe 8, IP Address 68.40.84.53 identified in Exhibit 1-2 of the complaint.  This was sent this the 30th day of April, 2016.


Date:  April 30, 2016                                    /s/ Barry C. Kane