IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC**,<br><br>         Plaintiff,<br><br>v.<br><br>**WENDELIN KELLARK,<br>MICHAEL RAFFIN,<br>BOBBI BRYAN,<br>BEN CHRIMISKEY,<br>MARIO GARCIA,<br>DONALD TERRY,<br>DONALD DARLING, AND<br>DOES 2 AND 4.**<br><br>         Defendants**.** | Case No.: 4:16-cv-10910-LVP-MKM<br><br>Hon.  Linda V. Parker<br><br>Magistrate Mona K. Majzoub |

# EXHIBIT 1

Exhibit 1 – Does 1-11 Identified by IP Addresses Date, Motion Picture, File Hash, and ISP
Film: Fathers.and.Daughters.2015.BRRip.XViD-ETRG
File Hash: SHA1: C8C2316B7D67E5738D46B7F92E6E53056E5431B9

| No | IP | Port | Client | Hit Date UTC | ISP | Region | City | State |
|---|---|---|---|---|---|---|---|---|
| 1 | 98.250.121.203 | 39832 | BitTorrent 7.9.5 | 2016-01-18 00:30:49 | Comcast Cable | Michigan | Detroit | Wayne |
| 2 | 73.2.182.190 | 16862 | µTorrent 3.4.5 | 2016-01-18 00:38:29 | Comcast Cable | Michigan | Sterling Heights | Macomb |
| 3 | 68.51.200.28 | 24874 | µTorrent Mac 1.8.7 | 2016-01-18 00:59:12 | Comcast Cable | Michigan | Fraser | Macomb |
| 4 | 68.40.200.241 | 18355 | BitTorrent 7.9.5 | 2016-01-18 02:48:07 | Comcast Cable | Michigan | Rochester | Oakland |
| 5 | 107.5.165.124 | 64422 | [unknown Client] | 2016-01-18 03:30:55 | Comcast Cable | Michigan | Macomb | Macomb |
| 6 | 71.205.186.88 | 62348 | µTorrent Mac 1.8.7 | 2016-01-18 07:16:41 | Comcast Cable | Michigan | Canton | Oakland |
| 7 | 107.4.113.167 | 53747 | µTorrent 3.4.5 | 2016-01-18 08:31:25 | Comcast Cable | Michigan | Walled Lake | Oakland |
| 8 | 68.40.84.53 | 61070 | BitTorrent 7.9.5 | 2016-01-18 14:36:22 | Comcast Cable | Michigan | Ann Arbor | Washtenaw |
| 9 | 73.18.206.166 | 45135 | µTorrent 3.4.0 | 2016-01-18 17:34:17 | Comcast Cable | Michigan | Detroit | Wayne |
| 10 | 73.161.105.2 | 62380 | µTorrent 3.4.5 | 2016-01-18 20:32:01 | Comcast Cable | Michigan | Bloomfield Hills | Oakland |
| 11 | 76.122.143.202 | 44898 | µTorrent 3.4.5 | 2016-01-18 23:24:05 | Comcast Cable | Michigan | Milford | Oakland |

Attachment A

| Comcast # | IP Address | Date | Time | First | Last | Phone No. | Service Address | Billing Address |
|---|---|---|---|---|---|---|---|---|
| 724699 | 98.250.121.203:39832 | 01/18/2016 | 00:30:49 GMT | WENDELIN | KELLARK | 3135159710 | 111 CADILLAC SQ APT 7E DETROIT, MI 48226 | 100 RIVERFRONT DR APT 2402 DETROIT, MI 48226 |
| 724700 | 73.2.182.190:16862 | 01/18/2016 | 00:38:29 GMT | Comcast does not have sufficient information to identify this doe defendant | | | | |
| 724701 | 68.51.200.28:24874 | 01/18/2016 | 00:59:12 GMT | MICHAEL | RAFFIN | 2487392220 | 14220 IVANHOE DR APT 2 STERLING HEIGHTS, MI 48312 | 14220 IVANHOE DR APT 2 STERLING HGHTS, MI 48312 |
| 724702 | 68.40.200.241:18355 | 01/18/2016 | 02:48:07 GMT | Comcast does not have sufficient information to identify this doe defendant | | | | |
| 724703 | 107.5.165.124:64422 | 01/18/2016 | 03:30:55 GMT | MS BOBBI | BRYAN | 5862324160 | 51354 BLACKHAWK LN MACOMB, MI 48042 | 51354 BLACKHAWK LN MACOMB, MI 48042 |
| 724704 | 107.4.113.167:53747 | 01/18/2016 | 08:31:25 GMT | MARIO | GARCIA | 2487148104 | 3904 BROKEN OAK WHITE LAKE, MI 48383 | 3904 BROKEN OAK WHITE LAKE, MI 48383 |
| 724705 | 71.205.186.88:62348 | 01/18/2016 | 07:16:41 GMT | BEN | CHRIMISKY | 4438261784 | 3500 ROCKMONT DR UNIT 11102 DENVER, CO 80202 | 3500 ROCKMONT DR APT 11102 UNIT 11102 DENVER, CO 80202 |
| 724706 | 68.40.84.53:61070 | 01/18/2016 | 14:36:22 GMT | [redacted] | [redacted] | [redacted]5 | [redacted] | [redacted] |
| 724707 | 73.18.206.166:45135 | 01/18/2016 | 17:34:17 GMT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 724708 | 73.161.105.2:62380 | 01/18/2016 | 20:32:01 GMT | DONALD | TERRY | 2482247244 | 1486 SODON LAKE DR BLOOMFIELD, MI 48302 | 1486 SODON LAKE DR BLOOMFIELD, MI 48302 |
| 724709 | 76.122.143.202:44898 | 01/18/2016 | 23:24:05 GMT | MR DONALD | DARLING | 2486848426 | 3910 HEATHERWOOD DR COMMERCE, MI 48382 | PO BOX 512 MILFORD, MI 48381 |

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC**,<br><br>          Plaintiff,<br><br>v.<br><br>**WENDELIN KELLARK, MICHAEL RAFFIN, BOBBI BRYAN, BEN CHRIMISKEY, MARIO GARCIA DONALD TERRY, DONALD DARLING, AND DOES 2 AND 4.**<br><br>          Defendants**.** | Case No.:  4:16-cv-10910-LVP-MKM<br><br>Hon.  Linda V. Parker<br><br>Magistrate Mona K. Majzoub |

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-762-811**

Effective Date of Registration:
March 30, 2015

## Title

Title of Work: Fathers & Daughters

## Completion/Publication

Year of Completion: 2014

## Author

- Author: Fathers & Daughters Nevada, LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Fathers & Daughters Nevada, LLC
116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States

## Limitation of copyright claim

Material excluded from this claim: script/screenplay
Previous registration and year: PAu003713364, 2014

New material included in claim: all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification

Name: Emilie Kennedy
Date: February 24, 2015

Page 1 of 1