# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) Civil Action No. 16-cv-10910 | |
| v. | ) | |
| Does 1-11, et al, | ) Hon. Linda V. Parker | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Bobbi Bryan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 24, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Bobbi Bryan

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10910 |
| v. | ) | |
| Does 1-11, et al, | ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Ben Chrimiskey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barry C. Kane
    Kane & Co., PLC
    29 Pearl St., N.W.
    410 Federal Square Bldg.
    Grand Rapids, MI 49503

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/D. Worth
                                                                          *Signature of Clerk or Deputy Clerk*

                                                                      Date of Issuance:  May 24, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Ben Chrimiskey

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10910 |
| v. | ) | |
| Does 1-11, et al, | ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Donald Darling

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Barry C. Kane
>Kane & Co., PLC
>29 Pearl St., N.W.
>410 Federal Square Bldg.
>Grand Rapids, MI 49503

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 24, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Donald Darling

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Fathers and Daughters Nevada, LLC, )
)
)
*Plaintiff,* ) Civil Action No. 16-cv-10910
)
v. )
)
Does 1-11, et al, ) Hon. Linda V. Parker
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To: Mario Garcia


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Barry C. Kane
> Kane & Co., PLC
> 29 Pearl St., N.W.
> 410 Federal Square Bldg.
> Grand Rapids, MI 49503


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*         By: s/D. Worth
                                               *Signature of Clerk or Deputy Clerk*

                                               Date of Issuance: May 24, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Mario Garcia

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Fathers and Daughters Nevada, LLC, )
)
)
*Plaintiff,* ) Civil Action No. 16-cv-10910
)
v. )
)
Does 1-11, et al, ) Hon. Linda V. Parker
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To: Wendelin Kellark

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Barry C. Kane
>Kane & Co., PLC
>29 Pearl St., N.W.
>410 Federal Square Bldg.
>Grand Rapids, MI 49503

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 24, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Wendelin Kellark

Date of Service:

## Method of Service

___  Personally served at this address:

___  Left copies at the usual place of abode with (name of person):

___  Other (specify):

___  Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Fathers and Daughters Nevada, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10910 |
| v. | ) | |
| Does 1-11, et al, | ) | Hon. Linda V. Parker |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Michael Raffin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Barry C. Kane
   Kane & Co., PLC
   29 Pearl St., N.W.
   410 Federal Square Bldg.
   Grand Rapids, MI 49503

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 24, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Michael Raffin

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Fathers and Daughters Nevada, LLC, )
)
)
                      *Plaintiff,* )    Civil Action No. 16-cv-10910
)
v. )
)
Does 1-11, et al, )    Hon. Linda V. Parker
)
)
                      *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:    Donald Terry

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Barry C. Kane
        Kane & Co., PLC
        29 Pearl St., N.W.
        410 Federal Square Bldg.
        Grand Rapids, MI 49503

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By:  s/D. Worth
                                                *Signature of Clerk or Deputy Clerk*

                                                Date of Issuance:  May 24, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10910
Hon. Linda V. Parker

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Donald Terry

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action